THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD STOECKLE, Appellant.— Judgment of conviction by the County Court of Nassau county affirmed. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

STELLA SAVINSKY, as Administratrix, etc., of MARY GABANA, Deceased, Respondent, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Judgment and order of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Kelby, JJ.

LAWRENCE W. SCUDDER, Respondent, v. BERNARD J. REIS, Appellant.— Order denying motion to change place of trial affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

CATHERINE WALSH, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Kelby, JJ.

GEORGE W. WRIGHT, Respondent, v. ALFRED J. HODSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Rich, Kelly, Jaycox, Manning and Young, JJ., concur.

THEODORE A. ALEXANDER, Respondent, v. THE CITY OF NEW YORK and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

HUGO P. BANKERT and Others, Respondents, v. ALBERT SLEYMAN and Another, Appellants.— Motion to suspend the operation of the injunction order pending appeal granted, without costs, on condition that appellants perfect the appeal and be prepared for argument on the first Monday of the June term, for which date the case is set down. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

WALLACE M. BROWN, Respondent, v. THE AMERICAN INSURANCE COMPANY OF NEWARK, NEW JERSEY, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied, and stay continued for thirty days to enable appellant to apply to the Court of Appeals for leave to appeal to that court. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

PASQUALE D'AMBRA, Respondent, v. PHILIP RHINELANDER, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay continued for thirty days to enable the appellant to apply to the Court of Appeals for leave to appeal to that court. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

ROSE DAUN, Respondent, v. FRANK MARCIANO, Appellant.— Motion to open default denied, with ten dollars costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

NATHAN FRIEDMAN, Respondent, v. ELLEN MOORE, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.